# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Michael A. Brown, ) | |
| ) | Civil Action No. 4:12-2551-JMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Southern Health Partners; ) | |
| Edgefield County Jail; ) | |
| Adell Dobey; Wanda Rouse Williams; ) | |
| Tami Massey, MD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, while a pretrial detainee at the Edgefield County detention center, proceeding *pro se*, filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order dated October 12, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff did not receive the order, as it was returned to the court as undeliverable mail and stamped "not deliverable as addressed, unable to forward." Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. The case is **dismissed,** *without prejudice*, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

*J. Michelle Childs*

United States District Judge

March 5, 2013
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL** (continued on next page)

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.