AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael A. Brown <br> *Plaintiff* <br> v. <br> Southern Health Partners, Edgefield County Jail, <br> Adell Dobey, Wanda Rouse Williams, Tami Massey <br> *Defendant* | ) <br> ) <br> ) Civil Action No.:   4:12-cv-2551-JMC <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:. This case is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:   March 5, 2013                                     *CLERK OF COURT*


                                                          s/Debbie Stokes
                                                          Deputy Clerk